**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Randy K. MASSEY, Defendant–
Appellant.**

No. 04–11092

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 18, 2006.

Leonard A. Senerote, Susan B. Cowger, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender's Office, Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Randy K. Massey, Memphis, TN, pro se.

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Randy Massey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Based on our review of the record, counsel's brief, and Massey's response, there are no nonfrivolous issues for appeal. (Massey's *pro se* motion to recuse the district judge is **DENIED.**) Accordingly, the motion for leave to withdraw is **GRANTED;** counsel is excused from further re-

sponsibilities herein; and this appeal is **DISMISSED.** *See* 5th Cir. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.